AUTORIDAD DE LAS FUENTES FLUVIALES DE PUERTO RICO, peticionaria, *v.* TRIBUNAL SUPERIOR DE PUERTO RICO, SALA DE SAN JUAN, HON. J. M. CALDERÓN, JR., demandado.

*Número:* C-65-103    *Resuelto:* 14 de julio de 1967

*José Antonio Arabia* y *Antonio S. Negrón García,* abogados de la peticionaria; *Gerardo Muñoz Dones,* abogado del interventor.

Sala Segunda integrada por el Juez Asociado Señor Belaval como Presidente de Sala y los Jueces Asociados Señores Hernández Matos, Santana Becerra y Dávila.

EL JUEZ ASOCIADO SEÑOR BELAVAL emitió la opinión del Tribunal.

Se trata de un incidente procesal en una acción de daños y perjuicios presentada contra la peticionaria. La demandada en la acción anterior, aquí peticionaria, presentó un extenso interrogatorio a los demandantes antes de contestar la demanda y solicitó una prórroga de veinte días, a contar desde la fecha en que fuera contestado dicho interrogatorio, para a su vez, proceder a la contestación de la demanda. La Sala recurrida denegó la prórroga por entender que dicho interrogatorio no se podía presentar antes de contestarse la demanda.

El criterio empleado por el ilustrado juez de la Sala recurrida hubiera encontrado fundamento en la anterior Regla 33 de las Reglas de Enjuiciamiento Civil para las Cortes de Puerto Rico de 1943—32 Ap. L.P.R.A. pág. 660 Vol. 9—que si bien no disponía expresamente que los interrogatorios no se podían presentar antes de contestarse la demanda, se le aplicó dicha limitación al hacerse extensiva a nuestra anterior Regla 33 la interpretación, que de la regla federal análoga, había hecho la glosa norteamericana: *Rodríguez* v. *Corte*, 67 D.P.R. 723 (Todd, hijo) (1947), cita precisa a las págs. 724 *in fine* a 726. Pero tanto en la legislación federal—véase 4 Moore *Federal Practice* 2271—como en nuestra propia legislación—1 *Práctica Forense Puertorriqueña* pág. 63 (Regla 30)—se modificó la restricción por interpretación, en el sentido, que los interrogatorios no se podían notificar a la parte demandante antes de contestarse la demanda, y cuando se suscitó el incidente procesal, objeto de este recurso, nuestra Regla 30 de Procedimiento Civil ya disponía que los interrogatorios podían ser notificados después del comienzo del pleito y antes de contestarse la demanda, excepto que, si la notificación se hiciere por el demandante dentro de los diez días siguientes al comienzo del pleito, debería obtenerse antes permiso del tribunal con o sin previa notificación de la parte contraria. Véanse además: Moore's *Federal Practice Rules Pamphlet with Comments* 1966, págs. 742–745; Hernández Colón "*Manual de Derecho Procesal Civil*", págs. 222 *et seq.*

*Debe revocarse la resolución de 2 de septiembre de 1965 denegando la moción de prórroga de 28 de junio de 1965 presentada por la peticionaria en este caso, y procederse a conceder dicha prórroga en los términos solicitados.*